UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHELLE DISLA, on behalf of herself, FLSA Collective Plaintiffs and the Class,

          Plaintiff,

-against-

SIGNATURE CLEANING SERVICES INC., and ANDREW WEISBACH,

          Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/15/2019
```

18 Civ. 8319 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    In an order dated March 12, 2019 (the "Order"), the Court ordered the parties to file a fairness submission. ECF No. 22. The Court stated that "[a]ny request for attorneys' fees must be accompanied by supporting documentation," including "contemporaneous billing records documenting, for each attorney, the date, the hours expended, and the nature of the work done." *Id.* at 1 (internal quotation marks and citation omitted). The parties filed their submission on May 14, 2019, but did not comply with the Order. ECF No. 26 at 2 ("If the Court were to feel that a lodestar analysis is necessary, we would be happy to supplement this fairness motion.").

    Accordingly, it is hereby ORDERED that by **May 22, 2019**, the parties shall refile their fairness submission (including all exhibits), and shall include documentation in support of Plaintiff's fee request.

    SO ORDERED.

Dated: May 15, 2019
       New York, New York

                                      ANALISA TORRES
                                   United States District Judge